UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:08CR587 HEA |
| | ) | |
| MELVIN SCALES, | ) | |
| | ) | |
| Defendant. | ) | |

## **AMENDED ORDER**

**IT IS HEREBY ORDERED** that the parties are to appear for the judgment in the matter of the final supervised release revocation hearing on Tuesday, January 10, 2012, at 10:30 a.m. in the courtroom of the undersigned..

Dated this 5th day of January, 2012.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE